# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form7instructions.pdf*

**9th Cir. Case Number(s)** | 22-16914; 22-16916; 22-16921; 22-16923; 22-16888; 22-16889

**Case Name** | Custodero v. Apple; Andrews v. Google; Wilkinson v. Facebook

**Counsel submitting this form** | Alexander G. Tievsky

**Represented party/parties** | Plaintiffs

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants Apple, Google, and Meta (formerly known as Facebook) each operate platforms that allow users to download, play, and make purchases through casino games developed by third parties. In at least one state—and Plaintiffs allege many more— these casino games are considered illegal online gambling, and people who lose money playing those games have a legal right to seek its return. While Plaintiffs allege a number of claims against each defendant under the laws of various states, the claims each ultimately boil down to the contention that Defendants are liable because they conducted illegal gambling transactions or themselves engaged in harmful and unfair business practices.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                  *Rev. 9/01/22*

*Briefly describe the result below and the main issues on appeal.*

Each defendant raised the same issue on the pleadings: immunity under Section 230 of the Communications Decency Act . Because all three defendants were raising the Section 230 issue, the parties and the district court agreed that it would be briefed and decided before discovery and before any other issues were reached. The district court then entered the same order in all three cases, which granted the motions to dismiss in part, denied them in part, certified the question for interlocutory review, and stayed the cases pending that review. In the order, the district court undertook an in-depth review of this Court's jurisprudence on Section 230. Then, although Plaintiffs neither pleaded nor argued their case in this manner, the district court divided Plaintiffs' allegations into three separate "theories" and considered whether each of those theories survived Section 230's grant of immunity. The district court "dismissed" two of the theories and allowed one to proceed.

Defendants' appeals concern whether they can be held liable under Section 230. Plaintiffs' cross appeals concern whether it was proper for a district court to dismiss legal theories on the pleadings under Federal Rule of Civil Procedure 8(d)(2).

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Effectively the entire case remains ahead of the parties below, including more issues on the pleadings. However, the cases are stayed pending these appeals.

**Signature**  s/ Alexander G. Tievsky    **Date** December 21, 2022
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 9/01/22*